# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:     Chapter 13

WILLIAM R. HARRIS, JR.     Bankruptcy No. 23-11112-MDC

211 N 59TH STREET

PHILADELPHIA, PA 19139

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW,** comes Kenneth E. West, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
WILLIAM R. HARRIS, JR.

211 N 59TH STREET

PHILADELPHIA, PA 19139

**Counsel for debtor(s), by electronic notice only.**
SPEAR WILDERMAN, P.C.
230 SOUTH BROAD STREET
STE # 1400
PHILADELPHIA,, PA 19102-

**Counsel for the United States Trustee, by electronic notice only.**
Office of the U.S. Trustee
Eastern District of Pennsylvania
833 Chestnut Street, Suite 500
Philadelphia, PA  19107

Date: 10/3/2023                                /s/ Kenneth E. West

                                               _____
                                               Kenneth E. West, Esquire
                                               Chapter 13 Standing Trustee