**IN THE UNITED STATES BANKRUPTY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:

                Chapter 13

WILLIAM R. HARIS, JR.

Debtor                           Case No.:  23-11112

**CERTIFICATE OF SERVICE**

I, AKEEM J. PARSONS, Attorney for Debtor, hereby certify that on the 12th day of October, 2023, I did serve a copy of the Objection to Proof of Claim of the Internal Revenue Service on the following individuals via regular mail and electronic notice

Kenneth E. West, Esquire
Chapter 13 Standing Trustee
1234 Market Street-Suite 1813
Philadelphia, PA  19107

Internal Revenue Service
Attn:  Julia Carlone
600 Arch Street
Philadelphia, PA  19106

Date: October 12, 2023

                              BY:/s/ Akeem J. Parsons
                                  AKEEM J. PARSONS, EQUIRE
                                  SPEAR WILDERMAN, P.C.
                                  230 S. Broad Street, 14th Floor
                                  Philadelphia, PA  19102
                                  (215) 732-0101
                                  (215) 7342-7790 (fax)
                                  aparsons@spearwilderman.com
                                  Attorney for Debtor