**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:    William R. Harris, Jr.                                Chapter 13

Debtor                                                           Case No. 23-11112 mdc

**NOTICE OF OBJECTION TO PROOF OF CLAIM**

**William R. Harris, Jr. has file an objection to the Proof of Claim filed by The Internal Revenue Service in this bankruptcy case.**

1. **Your claim may be eliminated or changed by the court because an objection has been filed.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. ( If you do not have an attorney, you may wish to consult an attorney).**

2. **If you do not want the court to eliminate or change your claim,** or If you want the court to consider your views, you or your lawyer must attend the hearing on the on the objection, scheduled to be held on November 14, 2023 in Courtroom    2   , United States Bankruptcy Court, 900 Market Street, 4th Floor, Philadelphia, PA  19107.

Date:  October 10, 2023

        Akeem J. Parsons, Esquire
        SPEAR WILDERMAN, PC
        230 S. Broad Street, Ste. 1400
        Philadelphia, PA  19107
        (215) 732-0101
        (215) 732-7790 (fax)
        aparsons@spearwilderman.com