*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: William R. Harris, Jr.
    Debtor(s)

Case No: 23–11112–mdc

Chapter: 13

---

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Magdeline D. Coleman , United States Bankruptcy Judge to consider:

Rescheduled objection to claim #7 (in person)

    on: 12/5/23

    at: 11:00 AM

    in: Courtroom #2, 900 Market Street, Philadelphia, PA 19107

For The Court

Date: 11/15/23

Timothy B. McGrath
Clerk of Court

35 – 34
Form 167