**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNYSLVANIA**

In Re:

| | |
|---|---|
| **WILLIAM R. HARRIS, JR.** | **Chapter 13** |
| **Debtor** | **Case No. 23-11112** |

---

**PRAECIPE TO WITHDRAW**

To the Clerk:

      Kindly withdraw the Objection to Proof of Claim of the Internal Revenue Service filed on behalf of the Debtor on October 12, 2023.

                                        BY:/s/ Akeem J. Parsons
                                        AKEEM J. PARSONS
                                        SPEAR WILDERMAN, P.C.
                                        230 S. Broad Street, Ste. 1400
                                        Philadelphia, PA  19102
                                        (215) 732-0101
                                        (215) 732-7790
                                        aparsons@spearwilderman. com