**IN THE UNITED STATES BANKRUPTY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:

          Chapter 13

WILLIAM R. HARIS, JR.

Debtor           Case No.: 23-11112

**CERTIFICATE OF SERVICE**

I, AKEEM J. PARSONS, Attorney for Debtor, hereby certify that on the 30th day of November, 2023, I did serve a copy of the Amended Schedule C on the following individuals via regular mail and electronic notice

Kenneth E. West, Esquire
Chapter 13 Standing Trustee
1234 Market Street-Suite 1813
Philadelphia, PA  19107

Internal Revenue Service
Attn:  Julia Carlone
600 Arch Street
Philadelphia, PA  19106

Sensible Auto Finance
Attn:  Donna Miller
44 Old Ridgebury Road, Ste. 100
Danbury, CT  06810

Cavalry SPV I, LLC
Attn:  Cheryl Guzicek
P.O. Box 4252
Greenwich, CT  06831

LVNV Funding, LLC
Resurgent Capital Services
Attn:  Korinny Sanchez
P.O. Box 10587
Greenville, SC  29603

LVNV Funding
Resurgent Capital
Attn:  Brandie McCann
P.O. Box 10587
Greenville, SC  29603

Directv, LLC
By American InfoSource
Attn:  Emma Diane Sisson
4515 N. Santa Fe Avenue
Oklahoma City, OK  73118

Westlake Financial Services
Attn:  Sally Beltran
4751 Wilshire Blvd., Suite 100
Los Angeles, CA  90010

PHFA
Attn:  Brian Craig Nicholas
211 North Front Street
Harrisburg, PA  18101

Water Revenue Bureau
Tax and Revenue Unit
Bankruptcy Group-Pamela Elchert Thurmond, Esq.
1401 JFK Blvd., 5th Floor
Philadelphia, PA  19102

Date: November 30, 2023

                      BY:/s/ Akeem J. Parsons
                          AKEEM J. PARSONS, EQUIRE
                          SPEAR WILDERMAN, P.C.
                          230 S. Broad Street, 14th Floor
                          Philadelphia, PA  19102
                          (215) 732-0101
                          (215) 7342-7790 (fax)
                          [aparsons@spearwilderman.com](mailto:aparsons@spearwilderman.com)
                          Attorney for Debtor

Case 23-11112-mdc    Doc 44    Filed 11/30/23    Entered 11/30/23 08:09:02    Desc Main
Document      Page 3 of 3