**U.S. BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: WILLIAM R. HARRIS, JR.  : CHAPTER 13 :

Debtor  NO. 23-11112

**ORDER**

**AND NOW,** this 27th day of December 2023, upon application by debtor, It is hereby ORDERED that Debtor's Employer, the Philadelphia Housing Development Corporation deduct $617.50 from Debtor's bi-weekly pay, beginning May, 2023. All payments to be mailed to: Kenneth E. West, Chapter 13 Standing Trustee, P.O. Box 1799, Memphis, TN 38101-1799.

_____
MAGDELINE D. COLEMAN
Chief Bankruptcy Judge