**IN THE UNITED STATES BANKRUPTY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:

                                 Chapter 13

WILLIAM R. HARRIS, JR.

Debtor                                     Case No.:  23-11112-MDC

**DEBTOR'S RESPONSE TO MOTION FOR RELIEF FROM THE AUTOMATIC STAY
FILED BY US BANK NATIONAL ASSOCIATION**

    Debtor-Respondent, Carl F. Pray, Jr,  (hereafter "Debtor") responds to the Motion of PHH Mortgage Corporation for Relief from the Automatic Stay, as follows:

1.  Admitted

2.  Admitted.

3.  Denied.  The averments contained in paragraph 3 are conclusions of law and strict proof is demanded at trial.

4.  Admitted.

5.  Denied.  The averments contained in paragraph 5 are conclusions of law and strict proof is demanded at trial.

6.  Denied.  The averments contained in paragraph 6 are conclusions of law and strict proof is demanded at trial.

7.  Denied. The averments contained in paragraph 7 are conclusions of law and strict proof is demanded at trial.

8.  Denied.  The averments contained in paragraph 8 are conclusions of law and strict proof is demanded at trial.

9.  Denied. The averments contained in paragraph 9 are conclusions of law and strict proof is demanded at trial.

10. Denied. The averments contained in paragraph 10 are conclusions of law and strict proof
is demanded at trial.


WHEREFORE, Debtors respectfully requests an Order denying US Bank National
Association's Motion for Relief from the Automatic Stay.


Date: March 21, 2024


BY:/*s/ Akeem J. Parsons*
  AKEEM J. PARSONS, EQUIRE
  SPEAR WILDERMAN, P.C.
  230 S. Broad Street, Ste. 1650
  Philadelphia, PA  19102
  (215) 732-0101
  (215) 732-7790 (fax)
  aparsons@spearwilderman.com
  Attorney for Debtor