**IN THE UNITED STATES BANKRUPTY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:

              Chapter 13

WILLIAM R. HARIS, JR.

Debtor           Case No.:  23-11112

**CERTIFICATE OF SERVICE**

I, AKEEM J. PARSONS, Attorney for Debtor, hereby certify that on the 21st day of March, 2024, I did serve a copy of the Answer to Motion for Relief from the Automatic Stay on the following individuals via regular mail and electronic notice

Kenneth E. West, Esquire
Chapter 13 Standing Trustee
1234 Market Street-Suite 1813
Philadelphia, PA  19107

Michael P. Farrington, Esquire
KML Law Group, P.C.
701 Market Street, Ste. 5000
Philadelphia, PA   19106

Date: March 21, 2024

        BY:/s/ Akeem J. Parsons
         AKEEM J. PARSONS, EQUIRE
         SPEAR WILDERMAN, P.C.
         230 S. Broad Street, 14th Floor
         Philadelphia, PA  19102
         (215) 732-0101
         (215) 7342-7790 (fax)
         aparsons@spearwilderman.com
         Attorney for Debtor