**IN THE UNITED STATES BANKRUPTY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:

Chapter 13

WILLIAM R. HARIS, JR.

Debtor                                                        Case No.:  23-11112

**CERTIFICATE OF SERVICE**

I, AKEEM J. PARSONS, Attorney for Debtor, hereby certify that on the 2nd day of April, 2024, I did serve a copy of the Fifth Amended Chapter 13 Plan on the following individuals via regular mail and  electronic notice

Kenneth E. West, Esquire
Chapter 13 Standing Trustee
1234 Market Street-Suite 1813
Philadelphia, PA  19107

Internal Revenue Service
Attn:  Julia Carlone
600 Arch Street
Philadelphia, PA  19106

Sensible Auto Finance
Attn:  Donna Miller
44 Old Ridgebury Road, Ste. 100
Danbury, CT  06810

Cavalry SPV I, LLC
Attn:  Cheryl Guzicek
P.O. Box 4252
Greenwich, CT  06831

LVNV Funding, LLC
Resurgent Capital Services
Attn:  Korinny Sanchez
P.O. Box 10587
Greenville, SC  29603

LVNV Funding
Resurgent Capital
Attn:  Brandie McCann
P.O. Box 10587
Greenville, SC  29603

Directv, LLC
By American InfoSource
Attn:  Emma Diane Sisson
4515 N. Santa Fe Avenue
Oklahoma City, OK  73118

Westlake Financial Services
Attn:  Sally Beltran
4751 Wilshire Blvd., Suite 100
Los Angeles, CA  90010

PHFA
Attn:  Brian Craig Nicholas
211 North Front Street
Harrisburg, PA  18101

Water Revenue Bureau
Tax and Revenue Unit
Bankruptcy Group-Pamela Elchert Thurmond, Esq.
1401 JFK Blvd., 5th Floor
Philadelphia, PA  19102

Date: April 2, 2024

BY:/s/ Akeem J. Parsons
AKEEM J. PARSONS, EQUIRE
SPEAR WILDERMAN, P.C.
230 S. Broad Street, 14th Floor
Philadelphia, PA  19102
(215) 732-0101
(215) 7342-7790 (fax)
aparsons@spearwilderman.com
Attorney for Debtor