**U.S. BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: WILLIAM R. HARRIS, JR.　　　: CHAPTER 13

　　Debtor　　　　　　　　　　　: NO. 23-1112


**ORDER**


**AND NOW,** this  20th  day of      May             2024, upon application by debtor,

It is hereby ORDERED that Debtor's Employer, the Philadelphia Housing Development

Corporation deduct  $667.00 from Debtor's bi-weekly pay, beginning June, 2024. All payments

to be mailed to:  Kenneth E. West, Chapter 13 Standing Trustee, P.O. Box 1799, Memphis, TN

38101-1799.

_____
　　　Ashely M. Chan
　　　U.S. Bankruptcy Judge