# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNYSLVANIA

In Re:

**WILLIAM R. HARRIS, JR**

                                                  **Chapter 13**

**Debtor**                                       **Case No. 23-11112**

---

## ENTRY AND WITHDRAW OF APPEARANCE

To the Clerk:

      Kindly enter my appearance on behalf of William R. Harris, Jr. in the above referenced Chapter 13 case.

                                        BY: /s/  Christopher G. Cassie
                                            CHRISTOPHER G. CASSIE, ESQUIRE
                                            SPEAR WILDERMAN, P.C.
                                            230 S. Broad Street, Ste. 1650
                                            Philadelphia, PA  19102
                                            (215) 732-0101
                                            (215) 732-7790
                                            ccassie@spearwilderman.com

      Kindly withdraw my appearance on behalf of William R. Harris, Jr. in the above referenced Chapter 13 case.

                                              BY:/s/ Akeem J. Parsons
                                            AKEEM J. PARSONS, ESQUIRE
                                            SPEAR WILDERMAN, P.C.
                                            230 S. Broad Street, Ste. 1650
                                            Philadelphia, PA  19102
                                            (215) 732-0101
                                            (215) 732-7790
                                            aparsons@spearwilderman. com