**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | |
| William R. Harris, Jr. | : | **Chapter 13** |
| Debtor | : | **Case No. 23-11112-djb** |
| | : | |
| U.S. Bank National Association | : | |
| (Trustee For The Pennsylvania Housing | : | |
| Finance Agency, Pursuant To A Trust | : | |
| Indenture Dated As Of April 1, 1982) | : | |
| | : | |
| Movant | : | |
| vs | : | |
| | : | |
| William R. Harris, Jr. | : | |
| Debtor | : | |
| | : | |
| Kenneth E. West, Chapter 13 Trustee | : | |
| Trustee | : | |

## DEBTOR'S RESPONSE TO MOVANT'S CERTIFICATION OF DEFAULT

The Debtor proposes to cure the default by making an immediate payment of $4,000.00, to pay the remaining post-petition payment arrears through the bankruptcy plan, and resume making regular mortgage payments beginning with the April 2026 payment.

WHEREFORE, Debtor respectfully request an Order denying Lender's Certification of Default.

Dated: March 13, 2026

BY: /s/ Christopher G. Cassie, Esq.
CHRISTOPHER G. CASSIE, ESQUIRE
Spear Wilderman, P.C.
230 S. Broad Street, Suite 1650
Philadelphia, PA 19102
Tel. 215.732.0101
Fax. 215.732.7790
ccassie@spearwilderman.com
Attorney for Debtor