*Form 167* (1/25)–doc 102 – 99

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                                )
   William R. Harris Jr.                      )          Case No. 23–11112–djb
                                                     )
                                                     )
   Debtor(s).                                 )          Chapter: 13
                                                     )
                                                     )

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable
Derek J Baker , United States Bankruptcy Judge to consider:

.

Debtor's Objection to

Certification of Default filed by U.S. BANK NATIONAL
ASSOCIATION (AS TRUSTEE FOR THE PENNSYLVANIA HOUSING
FINANCE AGENCY PURSUANT TO A TRUST INDENTURE DATED AS
OF APRIL 1, 1982)

\*\*\*\*\*\*

Participants can attend this hearing
either in–person at the courthouse
OR by video conference on ZoomGov.com
with JOIN Meeting ID # 161 0657 4791.

\*\*\*\*\*\*

on: 4/23/26

at: 11:00 AM

in: Courtroom #2, 900 Market Street, Philadelphia, PA 19107

Date: March 20, 2026                                   For The Court

                                                     Mohung Wong
                                                     Clerk of Court