United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                              Case No. 23-11112-djb

William R.  Harris, Jr.                                                                    Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Mar 20, 2026 | Form ID: 167 | Total Noticed: 6 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+       Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 22, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + William R. Harris, Jr., 211 N. 59th Street, Philadelphia, PA 19139-1217 |
| 14782650 | + PENNSYLVANIA HOUSING FINANCE AGENCY, C/O Mark Cronin, Esq, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14788463 | + PHFS, 211 North Front Street, Harrisburg, PA 17101-1466 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | + Email/Text: bankruptcy@cavps.com | Mar 21 2026 01:18:00 | Cavalry SPV l, LLC, PO BOX 4252, Greenwich, CT 06831-0405 |
| 14774520 | + Email/Text: blegal@phfa.org | Mar 21 2026 01:18:00 | PA Housing Finance Agency, 211 N. Front Street, Harrisburg, PA 17101-1406 |
| 14788464 | + Email/Text: blegal@phfa.org | Mar 21 2026 01:18:00 | PHFA, 211 North Front Street, Harrisburg, PA 17101-1466 |

TOTAL: 3

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 22, 2026                        Signature:              /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 20, 2026 at the address(es) listed below:**

**Name**          **Email Address**

CHRISTOPHER G. CASSIE

District/off: 0313-2                         User: admin                                Page 2 of 2
Date Rcvd: Mar 20, 2026                    Form ID: 167                            Total Noticed: 6

on behalf of Debtor William R. Harris  Jr. ccassie@spearwilderman.com, hbanks@spearwilderman.com

KENNETH E. WEST
on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com

KENNETH E. WEST
ecfemails@ph13trustee.com  philaecf@gmail.com

LEON P. HALLER
on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY lhaller@pkh.com
dmaurer@pkh.com;mgutshall@pkh.com;khousman@pkh.com

MATTHEW K. FISSEL
on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY bkgroup@kmllawgroup.com
matthew.fissel@brockandscott.com

MATTHEW K. FISSEL
on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PENNSYLVANIA HOUSING
FINANCE AGENCY  PURSUANT TO A TRUST INDENTURE DATED AS OF APRIL 1, 1982) bkgroup@kmllawgroup.com,
matthew.fissel@brockandscott.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 7

*Form 167* (1/25)–doc 102 – 99

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                           )
    William R. Harris Jr.          )        Case No. 23–11112–djb
                           )
                           )
    Debtor(s).                 )        Chapter: 13
                           )
                           )

## <u>NOTICE OF HEARING</u>

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable
Derek J Baker , United States Bankruptcy Judge to consider:

.

Debtor's Objection to

Certification of Default filed by U.S. BANK NATIONAL
ASSOCIATION (AS TRUSTEE FOR THE PENNSYLVANIA HOUSING
FINANCE AGENCY PURSUANT TO A TRUST INDENTURE DATED AS
OF APRIL 1, 1982)

\*\*\*\*\*\*

Participants can attend this hearing
either in–person at the courthouse
OR by video conference on ZoomGov.com
with JOIN Meeting ID # 161 0657 4791.

\*\*\*\*\*\*

on: 4/23/26

at: 11:00 AM

in: Courtroom #2, 900 Market Street, Philadelphia, PA 19107

Date: March 20, 2026                          For The Court

                                              Mohung Wong
                                            Clerk of Court